UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARRELL WILLIAMS,

     Petitioner,

v.                                 CASE NO. 6:02-cv-1097-Orl-22KRS
                                       (6:01-cr-88-Orl-28KRS)

UNITED STATES OF AMERICA,

     Respondent.

_____

## <u>ORDER</u>

This case is before the Court on Petitioner's Motion for Miscellaneous Relief (Doc. No. 24) pursuant to Federal Rule of Civil Procedure 60(b)(6).  Petitioner seeks relief from the Court's prior order denying his 28 U.S.C. § 2255 motion to vacate, set aside, or correct an illegal sentence.  *See* Doc. No. 3.  Petitioner argues that it was error for the Court to dismiss his Section 2255 motion without addressing his claim that the Court lacked jurisdiction to forfeit his property in his federal criminal proceedings.

Petitioner has previously filed a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)(6), which the Court subsequently denied as untimely and without merit.  *See* Doc. Nos. 10, 12.  Essentially, that motion contained the same arguments in support of relief that Petitioner presents in the instant motion.  The instant motion is simply another attempt by Petitioner to raise an argument which has been repeatedly rejected by this Court and the Eleventh Circuit Court of Appeals.  As such, Petitioner has failed to demonstrate sufficient grounds warranting consideration of another Rule 60(b)(6)

motion.

Thereon it is **ORDERED** that Petitioner's Motion for Miscellaneous Relief (Doc.

No. 24) pursuant to Federal Rule of Civil Procedure Rule 60(b)(6) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this _3rd__ day of December, 2008.

**PATRICIA C. FAWSETT, JUDGE**
**UNITED STATES DISTRICT COURT**

Copies to:
pslc 12/3
Darrell Williams

2