UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARRELL WILLIAMS,

    Petitioner,

v.

    CASE NO. 6:02-cv-1097-Orl-19KRS
    (6:01-cr-88-Orl-28KRS)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

This case is before the Court upon consideration of Petitioner's motion filed pursuant to Federal Rule of Civil Procedure 60(b)(6). *See* Doc. No. 29. Petitioner requests the Court to vacate its February 27, 2004, order denying his 28 U.S.C. § 2255 motion, reopen this case, and reach the merits of his claims.[1] According to Petitioner, the appeal wavier contained in his plea agreement is invalid because the Government breached his plea agreement thereby rendering his plea unknowing and involuntary.

Petitioner's Rule 60(b)(6) motion is untimely because his § 2255 motion was denied almost five years ago. *See* Doc. No. 12. Moreover, the arguments presented in the instant motion should have been presented in Petitioner's original § 2255 motion or in his reply to the Government's response. Accordingly, it is **ORDERED** that Petitioner's motion (Doc. No. 29) is **DENIED**.

---

[1] Petitioner's § 2255 motion was denied after finding that his plea and the appeal waiver contained in his plea agreement were voluntarily and knowingly entered and, thus, prevented the Court from considering his claims.

**DONE AND ORDERED** at Orlando, Florida, this _2nd__ day of February, 2009.

*[signature: Patricia C. Fawsett]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 2/2
Darrell Williams