UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARRELL WILLIAMS,

    Petitioner,

v.                                                           CASE NO. 6:02-cv-1097-Orl-19KRS

UNITED STATES OF AMERICA,

    Respondents.

**ORDER**

This case is before the Court upon consideration of Petitioner's Motion to Vacate a Void Judgment/Order Pursuant to Federal Rule of Civil Procedure 60(b)(4) (Doc. No. 31, filed Feb. 17, 2009). Federal Rule of Civil Procedure 60(b)(4) allows a party to move a court for relief from a final judgment if the judgment is void. *See* Fed. R. Civ. P 60(b)(4). Petitioner contends that this Court lacked jurisdiction to grant forfeiture in his underlying criminal case and, as such, "all judgments/orders are void for that reason." (Doc. No. 31 at 2.)

Notwithstanding the issue of timeliness, Petitioner's motion is without merit. The Court has repeatedly rejected Petitioner's arguments challenging the validity of the forfeiture in his underlying criminal case. The instant motion is indistinguishable from the numerous motions filed by Petitioner over the last several years. This Court did not lack jurisdiction to grant forfeiture, and Federal Rule of Civil Procedure 60(b)(4) does not provide a basis for relief to Petitioner. Accordingly, Petitioner's motion is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida this __19__ day of February, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 2/19
Darrell Williams
Counsel of Record