UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARRELL WILLIAMS,

    Petitioner,

v.                              CASE NO. 6:02-cv-1097-Orl-19KRS

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 34, filed Feb. 26, 2009) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this __2nd__ day of March, 2009.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 3/2
Counsel of Record
Darrell Williams

---

[1]Petitioner's Notice of Appeal (Doc. No. 33, filed Feb. 26, 2009) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).