UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARRELL WILLIAMS,

    Petitioner,

v.                                       CASE NO. 6:02-cv-1097-Orl-19KRS

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

This case is before the Court on the following motions:

1. Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 42) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2. Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 43) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C.

---

[1] Petitioner's Notice of Appeal (Doc. No. 41) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

§ 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this  23rd  day of August, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 8/23
Counsel of Record
Darrell Williams