UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARRELL WILLIAMS,

    Petitioner,

v.
                                          CASE NO. 6:02-cv-1097-Orl-19KRS
                                                (6:01-cr-88-Orl-28KRS)

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

This case is before the Court on Petitioner's Motion Filed Under Federal Rule of Civil Procedure 60(b)(6) to Reopen the Case (Doc. No. 47). Petitioner requests the Court to vacate its February 27, 2004, order denying his 28 U.S.C. § 2255 motion and reopen the case because the Court lacked jurisdiction to grant forfeiture in his underlying criminal case. *Id.* at 2. Moreover, Petitioner argues that the Court erred in denying his Section 2255 motion when it determined that he waived his right to collaterally attack his sentence. *Id.* at 4-5.

Notwithstanding the issue of timeliness, Petitioner's motion is without merit. This Court has repeatedly rejected Petitioner's arguments challenging the validity of the forfeiture in his underlying criminal case and the appeal waiver. *See* Doc. Nos. 12, 14, 28, 30, 32 & 40. Petitioner has failed to demonstrate sufficient grounds warranting consideration of another Rule 60(b)(6) motion, and as such Petitioner's Motion Filed Under Federal Rule of Civil Procedure 60(b)(6) to Reopen the Case is hereby **DENIED**.

**DONE AND ORDERED** at Orlando, Florida this 9th day of April, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 4/9
Darrell Williams
Counsel of Record